Certificate Number: 15317-ILN-CC-026589565



15317-ILN-CC-026589565

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 27, 2015</u>, at <u>12:25</u> o'clock <u>PM PST</u>, <u>Hassen A Haleem</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>November 27, 2015</u>           By:    <u>/s/Eunice Francia</u>

Name:    <u>Eunice Francia</u>

Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).